BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORE LYNN HURYCH,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 2:14-CV-02436 WBS-CKD<br><br>AMENDED STIPULATION TO EXTEND BRIEFING SCHEDULE |

     The parties stipulate and agree, subject to the Court's approval, that the schedule in this case be amended as follows: The parties respectfully ask that the Court extend Defendant's time to file a Cross-Motion for Summary Judgment from to APRIL 20, 2015 to MAY 20, 2015. This stipulation is necessary because Defendant's Counsel has a

backlog of cases and is unable to draft the Cross-Motion by the current due date.

The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Defendant apologizes for any inconvenience caused by this delay.

Dated: April 17, 2015         */s/ Richard Whitaker*
                              (email authorization)
                              RICHARD WHITAKER
                              Attorney for Plaintiff


Dated: April 17, 2015         BENJAMIN B. WAGNER
                              United States Attorney
                              THEOPHOUS H. REAGANS


                         By:  */s/ Theophous H. Reagans*
                              THEOPHOUS H. REAGANS
                              Special Assistant United States Attorney
                              Attorneys for Defendant


**ORDER**

    APPROVED AND SO ORDERED.


Dated:  April 21, 2015
                              _____
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE